UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
UNITED STATES OF AMERICA :
: GOVERNMENT'S FORFEITURE
-v.- : BILL OF PARTICULARS
:
: 18 Cr. 014 (VM)
VINCENT ESPOSITO, :
STEVEN ARENA, :
FRANK GIOVINCO, :
FRANK COGNETTA, and :
VINCENT D'ACUNTO JR., :
Defendants. :
------------------------------------------------------X

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses alleged in Counts One through Ten of the Indictment, as alleged in the Forfeiture Allegations and/or the Substitute Assets Provision in the Indictment, includes but is not limited to the following:

    a)    $3,816,685.59 in United States currency seized on or about January 1, 2018;

Dated: New York, New York
        July 25, 2018

                                        Respectfully Submitted,

                                        GEOFFREY S. BERMAN
                                        United States Attorney for the
                                        Southern District of New York

By: _____
       Jared Lenow
       Kimberly J. Ravener
       Jason M. Swergold
       Assistant United States Attorney
       Telephone: (212) 637-1068/2358/1023